■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ROSENDO, Appellant.—Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on July 9, 1984, unanimously affirmed, and motion by appellant to enlarge record on appeal to include certain exhibits granted. No opinion. Concur—Sullivan, J. P., Ross, Rosenberger and Wallach, JJ.

■ ALVIN GALLANT, Respondent, v DONALD KANTERMAN et al., Appellants.—Appeals from order, Supreme Court, New York County (Martin Evans, J.), entered on February 25, 1987, and from judgment of said court entered on March 12, 1987, unanimously dismissed on the grounds that no appeal lies from a default judgment. Respondent shall recover of appellants one bill of $75 costs and disbursements of these appeals. No opinion. Concur—Sullivan, J. P., Ross, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLOYD CHISHOLM, Appellant.—Judgment, Supreme Court, Bronx County (Peggy Bernheim, J.), rendered on April 30, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD JACKSON, True Name RONALD JOHNSON, Appellant.—Judgment, Supreme Court, Bronx County (Anita Florio, J.), rendered on February 7, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Milonas, Wallach and Smith, JJ.